## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EMOJI COMPANY GmbH,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A HERETO,

     Defendants.

Case No. 23-cv-2833

Hon. Steven C. Seeger

## TEMPORARY RESTRAINING ORDER

Plaintiff EMOJI COMPANY GmbH filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order, seeking a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and Electronic Publication (the "Ex Parte Motion") against the defendants identified in Schedule A to the Complaint and attached hereto (collectively, the "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"). After reviewing the motion and accompanying record, the Court hereby GRANTS Plaintiff's *Ex Parte* Motion as stated in this Order.

This Court finds, without adversarial presentation, that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including Illinois, offering to sell and ship products into this Judicial District. Specifically, Plaintiff has provided some basis to conclude that Defendants may have

reached out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of U.S. Trademark Registration Nos. 4,868,832; 5,202,078 and 5,415,510 (the "EMOJI Trademarks").

https://www.emoji.com/



This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declarations of José Santiago, Anna K. Reiter and Michael A. Hierl and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition.

Accordingly, this Court orders that:

1.      Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a.   using Plaintiff's EMOJI Trademarks or any confusingly similar trademarks or name in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any products that are not genuine EMOJI products or are not authorized by Plaintiff to be sold in connection with Plaintiff's EMOJI Trademarks;

   b.   passing off, inducing, or enabling others to sell or pass off any products as genuine EMOJI products or any other products produced by Plaintiff, that are not Plaintiff's or are not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's EMOJI Trademarks;

   c.   committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d.   further infringing Plaintiff's EMOJI Trademarks and damaging Plaintiff's goodwill;

   e.   shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's EMOJI

Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

f.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit EMOJI products; and

g.    operating and/or hosting websites at the Defendant Internet Stores and any other Internet Stores registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's EMOJI Trademarks that are not genuine EMOJI products or are not authorized by Plaintiff to be sold in connection with Plaintiff's EMOJI Trademarks.

2.    Each Defendant, within ten (10) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including all eBay, PayPal, Artistshot and Amazon accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through f, above.

3.    Defendants shall, within ten (10) days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in their possession or control relating to:

a. The identities and locations of Defendants, their agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts;

c. Defendants' websites and/or any Online Marketplace Accounts;

d. The Defendant Domain Names or any domain name registered by Defendants; and

e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, Artistshot, eBay and PayPal or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. The Court authorizes Plaintiff to serve third-party discovery on an expedited basis, with responses with responses due not less than 10 days after service. The requests shall be proportional to the immediate needs of the case. *See* Fed. Ru. Civ. P. 26(b)(1). For example, a request for "documents sufficient to show X" is better than a request for "all documents showing X." Plaintiff shall consider what documents it genuinely needs at this early stage, and shall take into account the burden on third parties. Plaintiff shall work cooperatively with third parties impacted by this Order and make reasonable, good faith efforts to ease the burdens imposed by Plaintiff's request for expedited discovery.

5.     Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by (1) electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and (2) sending an e-mail with a link to that website to the e-mail addresses identified in Schedule A to the Complaint and any e-mail addresses provided for Defendants by third parties. The Clerk of Court is directed to issue a single original summons in the name of "cheer7314 and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

6.     Plaintiff shall deposit with the Court Two Hundred Fifty Thousand Dollars ($250,000.00), either cash, cashier's check or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

7.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

This Temporary Restraining Order without notice is entered at 8:36 A.M. on December 12, 2023, and shall remain in effect for fourteen (14) days.

Date:  December 12, 2023

_____

Steven C. Seeger
United States District Judge

**SCHEDULE A**

| No. | Defendant Name / Alias |
|-----|------------------------|
| 1 | cheer7314 |
| 2 | gia2450 |
| 3 | kh-984679 |
| 4 | nguph9254 |
| 5 | yuxi521 |
| 6 | zhangyue8668 |
| 7 | bebekbututt |
| 8 | wg6artmart |
| 9 | ANH GIANG ADAM SHOP |
| 10 | costco usa |
| 11 | DTTNCH |
| 12 | HIENPHANVP |
| 13 | PHAM VAN MINH 2004 |
| 14 | Shop Huỳnh như |
| 15 | UNIQ_LO St BLOC |
| 16 | 2015lkdilu |
| 17 | acrossports_au |
| 18 | amireuxu |
| 19 | ashimal32 |
| 20 | autumnwise |
| 21 | buyqueen-hk |
| 22 | cctb5 |
| 23 | dahamima |
| 24 | dannicomy |
| 25 | eshamanuk-0 |
| 26 | gavziol |
| 27 | globaltraditionalmarket |
| 28 | glorriajewelry |
| 29 | gzrubbertrade |
| 30 | happyshop-qian |
| 31 | incelerspareparts |
| 32 | jayun_7757 |
| 33 | jewellerybouquetco |
| 34 | kavimad_0 |
| 35 | khin-9165 |
| 36 | kustomstyle89 |
| 37 | lazward_2 |
| 38 | macciostore |
| 39 | manhcuong-pham |
| 40 | mistik_silver |
| 41 | mohfau664 |
| 42 | oguz-simsek |

| 43 | pamoeletech |
|----|-------------|
| 44 | pengshuqin88 |
| 45 | phaphu33 |
| 46 | quanjuncue |
| 47 | secdinlimited |
| 48 | shuangqingyuan |
| 49 | simple_7320 |
| 50 | soenfu |
| 51 | srib61 |
| 52 | thusharamadhub-0 |
| 53 | turkishart |
| 54 | weeddog |
| 55 | wilvinmodgarage |
| 56 | xilouzhubao2021 |
| 57 | zt13365686517 |
| 58 | AFA DESIGNS |
| 59 | bclnoah |
| 60 | ChadGuidry |
| 61 | DemetriusWatkinsSr |
| 62 | GaryStahl |
| 63 | JamesLong |
| 64 | JeannieFKoon |
| 65 | JosephHines |
| 66 | KarlShop |
| 67 | KathrynHabstritt |
| 68 | KENNETHPACLING |
| 69 | kevinnichols |
| 70 | MarshaMiron |
| 71 | MARYDURANTWILLIAMS |
| 72 | MikeLewis |
| 73 | RICHARDLEROYSANDBRINK |
| 74 | tshiart |
| 75 | XAVIERLEWIS |
| 76 | aejnfld |
| 77 | Againmore |
| 78 | AlexNXX |
| 79 | Alma-Deals |
| 80 | Annie Yen |
| 81 | AweFam |
| 82 | BANDAL & NEOUL |
| 83 | Baoweikai Ltd |
| 84 | BestThao Shop |
| 85 | BestToy Corp |
| 86 | Bfttlity |
| 87 | binglishangmao |

| | |
|---|---|
| 88 | Byseay |
| 89 | Cápheling |
| 90 | Cartaoo |
| 91 | CDSCLF Limited |
| 92 | Chainsaw Man |
| 93 | Cheoona |
| 94 | Chio. Design |
| 95 | chuchuang |
| 96 | CJSIR Trading |
| 97 | CoBtee |
| 98 | COUCHINLARY |
| 99 | Crazy&Kate |
| 100 | Crownsales |
| 101 | DACHRS AMOR SKIN |
| 102 | DDXY-US |
| 103 | DesignbyDu |
| 104 | dhwl |
| 105 | Diffrant EU |
| 106 | Doan Hung sinh |
| 107 | DouglasSstore |
| 108 | dpkow |
| 109 | duchangxiannizheshangmao |
| 110 | egjxal |
| 111 | EGM-LED |
| 112 | enshishidaobubuwangluokejiyouxiangongsi |
| 113 | enshishitanzhuishangmaoyouxiangongsi |
| 114 | EP Tom Lee Mall |
| 115 | fangjie shipp |
| 116 | fanpuzi |
| 117 | FBL Fobeli |
| 118 | FFSMJYBXZ |
| 119 | Fitzac |
| 120 | foshanshihengsuyangkejiyouxiangongsi |
| 121 | FunHoo |
| 122 | Ganegg |
| 123 | Gear Orange |
| 124 | Guangzhouyipenhuamaoyiyouxiangongsi |
| 125 | guangzhouzhaohongshangmaoyouxiangongsi |
| 126 | GUITARSERNAL34 |
| 127 | Hai Em Be |
| 128 | Hao Store 1 |
| 129 | HAOQUAN |
| 130 | HengShi-UK |
| 131 | Hisoul |
| 132 | hoainam1838 |

| | |
|---|---|
| 133 | HOANG TUNG ADAM SHOP |
| 134 | Home Bedding Set |
| 135 | HONGCI Official Store |
| 136 | HOUSELIFE STORE |
| 137 | HTHouny |
| 138 | HTQN |
| 139 | Hycarron |
| 140 | HZSHOPZ |
| 141 | IMINER |
| 142 | JEYPORE CREATIONSS |
| 143 | Jhumgalbek |
| 144 | jiale commerce |
| 145 | jianghuishangmao666 |
| 146 | jianjiacc |
| 147 | jie jie shop |
| 148 | Jinyi Store |
| 149 | jizhefuzhuang |
| 150 | juanchenglongcairiyongbaihuoyouxiangongsi |
| 151 | JujirongLTD |
| 152 | KarenAllen |
| 153 | Kelly Griffith |
| 154 | Khatyrez |
| 155 | KLT VN |
| 156 | KouPoTop-UK |
| 157 | Koyo04 |
| 158 | KUBSF |
| 159 | laceking2013 |
| 160 | Lance Home |
| 161 | LECUC91 |
| 162 | Leidun |
| 163 | Leveeosa |
| 164 | Lihua85 Shop |
| 165 | linshuang |
| 166 | luckycharm89 |
| 167 | MakeID Cooperation |
| 168 | Map CanVas Store |
| 169 | Mchoi Direct |
| 170 | mei tea WALL ART |
| 171 | meishangmao14 |
| 172 | Mienocol |
| 173 | MINGYUE001 |
| 174 | MYN12 |
| 175 | NGUYENHAI |
| 176 | NguyenNgocMai |
| 177 | NhatMinhStore |

| | |
|---|---|
| 178 | Niho Tech |
| 179 | Nine Star2018 |
| 180 | NIOIPXA |
| 181 | Nipaporn23 |
| 182 | Noiacdo |
| 183 | OIHVIM |
| 184 | Pentacle NewYork Company |
| 185 | Phuong Thao Shop |
| 186 | Pillow Vip Pro Store |
| 187 | POUFUGOYING |
| 188 | presentimer |
| 189 | PUET&FUUY |
| 190 | PWSP-EU |
| 191 | QINGJIN-EU |
| 192 | Qixuer |
| 193 | riot |
| 194 | RoadLoo |
| 195 | RockMax |
| 196 | SAILOR-L |
| 197 | SamsonSshop |
| 198 | scastingshop |
| 199 | Screaming Ranngers |
| 200 | SdysU |
| 201 | shanxizhuxiangnitianshangmaoyouxiangongsi |
| 202 | shopjava |
| 203 | Sizzle Kitchen |
| 204 | SkywalkerN |
| 205 | Sleepless tonight |
| 206 | StoreVTL |
| 207 | Sun's city store |
| 208 | Syoo |
| 209 | TamNhu-lolo |
| 210 | THAM73 |
| 211 | Three Kangaroos |
| 212 | THRIVING STORE |
| 213 | Tianyang Shop |
| 214 | TuyetShirtStore |
| 215 | TXXM manufacture |
| 216 | UAbby |
| 217 | UHMei |
| 218 | UmaAura |
| 219 | Underpass Shop |
| 220 | Vera Storee |
| 221 | violin hole |
| 222 | Vivianft |

| | |
|---|---|
| 223 | Wallpark |
| 224 | wang yin ying shang hang |
| 225 | WangJiaZhuStore |
| 226 | wanziye shop |
| 227 | Weenoo |
| 228 | weifangshengkunshangmaoyouxiangongsi |
| 229 | WESET |
| 230 | WHITE BOARD STORE |
| 231 | Wusikd |
| 232 | wutaouu111 |
| 233 | XiaoRuiZi |
| 234 | XingZhouHe |
| 235 | XPR-US |
| 236 | XuLeiUIERWOOIRT |
| 237 | Yheacne |
| 238 | yiliyasiaimaier |
| 239 | YIXIHOMPT |
| 240 | ysc clothes |
| 241 | zenoshop |
| 242 | zheng xuan Company |
| 243 | ZHICHAOX |
| 244 | Zioael |
| 245 | ZKTzkt |
| 246 | ZQQshop |
| 247 | ZZNDSM |
| 248 | *Amazon.com*.123 |
| 249 | 吾儿鳖孙宇之万年鳖之山东蛋蛋宇 |
| 250 | 李秀容 |

| No. | Defendants Online Marketplace |
|---|---|
| 1 | https://www.ebay.com/str/chunshop8680 |
| 2 | https://www.ebay.com/usr/gia2450 |
| 3 | https://www.ebay.com/str/daudaustore |
| 4 | https://www.ebay.com/itm/403818373690 |
| 5 | https://www.ebay.com/str/yuxi521 |
| 6 | https://www.ebay.com/str/zhangyue12 |
| 7 | https://www.artistshot.com/artist/bebekbututt |
| 8 | https://www.artistshot.com/artist/wg6artmart |
| 9 | https://www.amazon.com/sp?ie=UTF8&seller=A3V75V04JETWKB&isAmazonFulfilled=0&asin=B0BR5NGW8H&ref_=olp_merch_name_1 |
| 10 | https://www.amazon.com/sp?ie=UTF8&seller=A3E06SLLVBSYVF&isAmazonFulfilled=0&asin=B0BQZRZ6XY&ref_=olp_merch_name_1 |
| 11 | https://www.amazon.com/sp?ie=UTF8&seller=AGT7RNJU7PCUV&asin=B0BZZT |

| | XNYL&ref_=dp_merchant_link |
|---|---|
| 12 | https://www.amazon.com/sp?ie=UTF8&seller=AASS2TVX06WOW&asin=B0C1425PRL&ref_=dp_merchant_link |
| 13 | https://www.amazon.com/sp?ie=UTF8&seller=A20LC95VNO8QYO&asin=B0BR5QHLHH&ref_=dp_merchant_link |
| 14 | https://www.amazon.com/sp?ie=UTF8&seller=A37MKBAMOBDI5G&asin=B0BQYSR3HD&ref_=dp_merchant_link |
| 15 | https://www.amazon.com/sp?ie=UTF8&seller=A22H1PMNTZOP7K&asin=B0BRMWQZ66&ref_=dp_merchant_link |
| 16 | https://www.ebay.com/usr/2015lkdilu |
| 17 | https://www.ebay.com/str/acrossports |
| 18 | https://www.ebay.com/str/amireuxu |
| 19 | https://www.ebay.com/usr/ashimal32 |
| 20 | https://www.ebay.com/usr/autumnwise |
| 21 | https://www.ebay.com/usr/buyqueen-hk |
| 22 | https://www.ebay.com/str/cctb5 |
| 23 | https://www.ebay.com/usr/dahamima |
| 24 | https://www.ebay.com/str/dannicomy |
| 25 | https://www.ebay.com/usr/eshamanuk-0 |
| 26 | https://www.ebay.com/str/gavziol |
| 27 | https://www.ebay.com/usr/globaltraditionalmarket |
| 28 | https://www.ebay.com/str/glorriajewelry |
| 29 | https://www.ebay.com/str/2016honolulumall |
| 30 | https://www.ebay.com/str/happyshopqian |
| 31 | https://www.ebay.com/str/incelerspareparts |
| 32 | https://www.ebay.com/str/jayun7757 |
| 33 | https://www.ebay.com/usr/jewellerybouquetco |
| 34 | https://www.ebay.com/usr/kavimad_0 |
| 35 | https://www.ebay.com/usr/khin-9165 |
| 36 | https://www.ebay.com/usr/kustomstyle89 |
| 37 | https://www.ebay.com/str/lazwardd |
| 38 | https://www.ebay.com/usr/macciostore |
| 39 | https://www.ebay.com/usr/manhcuong-pham |
| 40 | https://www.ebay.com/itm/373835661823 |
| 41 | https://www.ebay.com/usr/mohfau664 |
| 42 | https://www.ebay.com/str/fineartarticle |
| 43 | https://www.ebay.com/str/pamoshop |
| 44 | https://www.ebay.com/str/angelababay |
| 45 | https://www.ebay.com/usr/phaphu33 |
| 46 | https://www.ebay.com/str/quanjuncue |
| 47 | https://www.ebay.com/usr/secdinlimited |
| 48 | https://www.ebay.com/str/san001store |
| 49 | https://www.ebay.com/usr/simple_7320 |
| 50 | https://www.ebay.com/str/handworkcase |
| 51 | https://www.ebay.com/usr/srib61 |

| 52 | https://www.ebay.com/usr/thusharamadhub-0 |
|----|---|
| 53 | https://www.ebay.com/str/turkishart |
| 54 | https://www.ebay.com/str/weeddog |
| 55 | https://www.ebay.com/str/wilvinmodgarage |
| 56 | https://www.ebay.com/str/xilouzhubao2021 |
| 57 | https://www.ebay.com/str/zt13365686517 |
| 58 | https://www.artistshot.com/artist/afa-designs |
| 59 | https://www.artistshot.com/artist/bclnoah |
| 60 | https://www.artistshot.com/artist/chadguidry |
| 61 | https://www.artistshot.com/artist/demetriuswatkinssr |
| 62 | https://www.artistshot.com/artist/garystahl |
| 63 | https://www.artistshot.com/artist/jameslong |
| 64 | https://www.artistshot.com/artist/jeanniefkoon |
| 65 | https://www.artistshot.com/artist/josephhines |
| 66 | https://www.artistshot.com/artist/karlshop |
| 67 | https://www.artistshot.com/artist/kathrynhabstritt |
| 68 | https://www.artistshot.com/artist/kennethpacling |
| 69 | https://www.artistshot.com/artist/kevinnichols |
| 70 | https://www.artistshot.com/artist/marshamiron |
| 71 | https://www.artistshot.com/artist/marydurantwilliams |
| 72 | https://www.artistshot.com/artist/mikelewis |
| 73 | https://www.artistshot.com/artist/richardleroysandbrink |
| 74 | https://www.artistshot.com/artist/tshiart |
| 75 | https://www.artistshot.com/artist/xavierlewis |
| 76 | https://www.amazon.com/sp?ie=UTF8&seller=A2ACLJWM6WMTCI&asin=B0C1 C96GL2&ref_=dp_merchant_link |
| 77 | https://www.amazon.com/sp?ie=UTF8&seller=A265EC7U4MPXCC&asin=B0B7D 48C67&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 78 | https://www.amazon.com/sp?ie=UTF8&seller=A22IBHN3SV8EO7&asin=B0C341 5MYH&ref_=dp_merchant_link |
| 79 | https://www.amazon.com/sp?ie=UTF8&seller=A3U3ULHSETTEGN&asin=B0848 RL1KQ&ref_=dp_merchant_link |
| 80 | https://www.amazon.com/sp?ie=UTF8&seller=A34DGPNVYD6V47&asin=B0C1G 2QYSV&ref_=dp_merchant_link |
| 81 | https://www.amazon.com/sp?ie=UTF8&seller=A3IW5RM047QK7A&asin=B0BV KLKQCJ&ref_=dp_merchant_link |
| 82 | https://www.amazon.com/sp?ie=UTF8&seller=A1W5ZBSFK71H9I&asin=B0BW3 Q6KYP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 83 | https://www.amazon.com/sp?ie=UTF8&seller=A3HUIFYCA5B3IT&asin=B0B5C WHHBD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 84 | https://www.amazon.com/sp?ie=UTF8&seller=A19YKC86JZO1W2&asin=B0C1B QS4J2&ref_=dp_merchant_link |
| 85 | https://www.amazon.com/sp?ie=UTF8&seller=A36NY2OGJHA5KA&asin=B0BQ RVRR72&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=AJQXUD3OUL2P3&asin=B095Y3 |

| | |
|---|---|
| | 7BT5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 87 | https://www.amazon.com/sp?ie=UTF8&seller=A3LZOZ684OT0HS&asin=B0C2Y SRM2G&ref_=dp_merchant_link |
| 88 | https://www.amazon.com/sp?ie=UTF8&seller=AVU78R3XF3TM6&ref_=dp_merc hant_link |
| 89 | https://www.amazon.com/sp?ie=UTF8&seller=A24L6NS3V0TS51&asin=B0BK8 WR755&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 90 | https://www.amazon.com/sp?ie=UTF8&seller=A39PO89Z1NRZAR&asin=B09W5 RKWYJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 91 | https://www.amazon.co.uk/sp?ie=UTF8&seller=AVAQS1261L0J9&asin=B07RWV T336&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 92 | https://www.amazon.com/sp?ie=UTF8&seller=A1J7TWLHJN2L0N&asin=B0B7N 3CL72&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 93 | https://www.amazon.com/sp?ie=UTF8&seller=A1211V1BM0E7P0&asin=B0C14D L284&ref_=dp_merchant_link |
| 94 | https://www.amazon.com/sp?ie=UTF8&seller=AWO19RMOSK6ER&asin=B09X2 PHF5N&ref_=dp_merchant_link |
| 95 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A3UHFVMPQLEM06&asin=B0B P8BZ186&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 96 | https://www.amazon.com/sp?ie=UTF8&seller=A3UL4C7IUPL0YZ&asin=B0BZR4 5561&ref_=dp_merchant_link |
| 97 | https://www.amazon.com/sp?ie=UTF8&seller=AHXIESF2UHNHE&asin=B09ZX9 7HJY&ref_=dp_merchant_link |
| 98 | https://www.amazon.com/sp?ie=UTF8&seller=A392CU0C1DYERT&asin=B0BZS XP2FV&ref_=dp_merchant_link |
| 99 | https://www.amazon.com/sp?ie=UTF8&seller=A3Q35P0C8KJ5S0&asin=B0C281N 8RQ&ref_=dp_merchant_link |
| 100 | https://www.amazon.com/sp?ie=UTF8&seller=ACPG30HS5BP1T&asin=B0C2P5R MNV&ref_=dp_merchant_link |
| 101 | https://www.amazon.com/sp?ie=UTF8&seller=A2V4KVV5J316F5&asin=B09Q91 44SD&ref_=dp_merchant_link |
| 102 | https://www.amazon.com/sp?ie=UTF8&seller=A1JCI2VUPJ64EZ&asin=B0BN1W 462T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 103 | https://www.amazon.com/sp?ie=UTF8&seller=A1U79J3IPJ06ZF&asin=B0C1NGF C9L&ref_=dp_merchant_link |
| 104 | https://www.amazon.com/sp?ie=UTF8&seller=A6TCC8OTX0AKU&asin=B0C17 G76CV&ref_=dp_merchant_link |
| 105 | https://www.amazon.co.uk/sp?ie=UTF8&seller=AOMAM3C8PWHCI&asin=B07N Y17KNS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 106 | https://www.amazon.com/sp?ie=UTF8&seller=AXHWFTZGU1ZFS&asin=B0C1C VL3LC&ref_=dp_merchant_link |
| 107 | https://www.amazon.com/sp?ie=UTF8&seller=A3EXIDTSJAY05T&asin=B0BQC 5JYXQ&ref_=dp_merchant_link |
| 108 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A18QRWD9463X2C&asin=B07B QQVTBF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 109 | https://www.amazon.com/sp?ie=UTF8&seller=A2EP74M3BW2GR2&asin=B0C2S |

| | |
|---|---|
| | ZK694&ref_=dp_merchant_link |
| 110 | https://www.amazon.com/sp?ie=UTF8&seller=A3J41Y53OXT0PV&asin=B0BY2NJFLH&ref_=dp_merchant_link |
| 111 | https://www.amazon.com/sp?ie=UTF8&seller=A2NP856PP28K5I&asin=B0B5TB73D6&ref_=dp_merchant_link |
| 112 | https://www.amazon.com/sp?ie=UTF8&seller=ADLM82G1E1CQI&asin=B09QQT8V58&ref_=dp_merchant_link |
| 113 | https://www.amazon.com/sp?ie=UTF8&seller=A3MTLGSMMQBJQ4&asin=B0C33CF748&ref_=dp_merchant_link |
| 114 | https://www.amazon.com/sp?ie=UTF8&seller=A2TZSQGFODQJHW&asin=B0BXFJP714&ref_=dp_merchant_link |
| 115 | https://www.amazon.com/sp?ie=UTF8&seller=AU0JWISQK4MR3&asin=B0BSD2ZJFN&ref_=dp_merchant_link |
| 116 | https://www.amazon.com/sp?ie=UTF8&seller=A2Y6TKSY9V9L6Y&asin=B08NVY7176&ref_=dp_merchant_link |
| 117 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZYD6L55LKYE3&asin=B09W2C3T5C&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 118 | https://www.amazon.com/sp?ie=UTF8&seller=A1AU4XLZ2PF8T7&asin=B0C2N81R82&ref_=dp_merchant_link |
| 119 | https://www.amazon.co.uk/sp?ie=UTF8&seller=AE7CL4XSC4D7V&asin=B09CYYX96M&ref_=dp_merchant_link |
| 120 | https://www.amazon.com/sp?ie=UTF8&seller=A2R5OEQ8UB4YT8&asin=B0BCY2JJ56&ref_=dp_merchant_link |
| 121 | https://www.amazon.co.uk/sp?ie=UTF8&seller=AUT1VV4BSG9DT&asin=B01N7O6YU2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 122 | https://www.amazon.com/sp?ie=UTF8&seller=A2E8Z9WNGRI4TN&asin=B0BY6SSPLJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 123 | https://www.amazon.com/sp?ie=UTF8&seller=A2VVVXEPD6W84S&asin=B0B8HJDCW5&ref_=dp_merchant_link |
| 124 | https://www.amazon.com/sp?ie=UTF8&seller=A2P3232LC7A9FW&asin=B0BW5BSTSW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 125 | https://www.amazon.com/sp?ie=UTF8&seller=A1NFLNWJFPY2Z4&asin=B0C32VQK3D&ref_=dp_merchant_link |
| 126 | https://www.amazon.com/sp?ie=UTF8&seller=A1BT025ZZY9WBQ&asin=B0C1RP79GD&ref_=dp_merchant_link |
| 127 | https://www.amazon.com/sp?ie=UTF8&seller=A35SRUVDKIMFNJ&asin=B0BXY6DFL7&ref_=dp_merchant_link |
| 128 | https://www.amazon.com/sp?ie=UTF8&seller=A316O9CYTPIAM3&asin=B0C1J7C5NV&ref_=dp_merchant_link |
| 129 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A173DSOJI32EU&asin=B0BD859RSW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 130 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A1L38UF17MXOMO&asin=B0895PPG8P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 131 | https://www.amazon.com/sp?ie=UTF8&seller=A1IT9426SSVB36&asin=B09SKRV7QZ&ref_=dp_merchant_link |
| 132 | https://www.amazon.com/sp?ie=UTF8&seller=AYUFJ63ACQ6NO&isAmazonFulf |

| | |
|---|---|
| | illed=0&asin=B0C1YLV2SQ&ref_=olp_merch_name_1 |
| 133 | https://www.amazon.com/sp?ie=UTF8&seller=ALDFPTK4PB8VP&asin=B0C289 WWWX&ref_=dp_merchant_link |
| 134 | https://www.amazon.com/sp?ie=UTF8&seller=A18F3KHULJ5M9X&asin=B0C2H 984CR&ref_=dp_merchant_link |
| 135 | https://www.amazon.com/sp?ie=UTF8&seller=AJXLQESWH1KSE&asin=B01N2 312VY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 136 | https://www.amazon.com/sp?ie=UTF8&seller=AD8MNRJLSK5P7&isAmazonFulfi lled=0&asin=B0BT5274LQ&ref_=olp_merch_name_1 |
| 137 | https://www.amazon.com/sp?ie=UTF8&seller=AS192TNGPAQE0&asin=B0C2425 J5M&ref_=dp_merchant_link |
| 138 | https://www.amazon.com/sp?ie=UTF8&seller=A13ZPIL1S04CA5&asin=B0C1K8 R31M&ref_=dp_merchant_link |
| 139 | https://www.amazon.com/sp?ie=UTF8&seller=A30928OFTPDCJS&asin=B0BZHX NNFH&ref_=dp_merchant_link |
| 140 | https://www.amazon.com/sp?ie=UTF8&seller=A3GIVLNF1GEE8J&asin=B0BZS2 MMDV&ref_=dp_merchant_link |
| 141 | https://www.amazon.com/sp?ie=UTF8&seller=AZSENP35U508N&asin=B0BWSD 4B8B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 142 | https://www.amazon.com/sp?ie=UTF8&seller=A19YF91G556LXR&asin=B09HV2 LMK8&ref_=dp_merchant_link |
| 143 | https://www.amazon.com/sp?ie=UTF8&seller=A1HVKA0PESXS&asin=B0C2CT7 3LD&ref_=dp_merchant_link |
| 144 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A1KS3XUSFTOUN7&asin=B07J HBY545&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 145 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A3CVFILU8M9QOT&asin=B08P P8TMQ3&ref_=dp_merchant_link |
| 146 | https://www.amazon.com/sp?ie=UTF8&seller=AGQBHJXLEKNQ1&asin=B0BLC 8G63B&ref_=dp_merchant_link |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A2LWVMBGNMP1GU&asin=B09 ZYN1LHR&ref_=dp_merchant_link |
| 148 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A2OQBW0HW3378H&asin=B07 B27SYPW&ref_=dp_merchant_link |
| 149 | https://www.amazon.com/sp?ie=UTF8&seller=A5BNURNJQV8MO&asin=B0C1V 922C3&ref_=dp_merchant_link |
| 150 | https://www.amazon.com/sp?ie=UTF8&seller=A234AME6M6IXSF&asin=B0C2J9 1JH9&ref_=dp_merchant_link |
| 151 | https://www.amazon.com/sp?ie=UTF8&seller=A3NWRF8R35HA82&asin=B09W G43QJN&ref_=dp_merchant_link |
| 152 | https://www.amazon.com/sp?ie=UTF8&seller=A3KS1KFY3FRRSV&isAmazonFul filled=0&asin=B0C1ZRW723&ref_=olp_merch_name_1 |
| 153 | https://www.amazon.com/sp?ie=UTF8&seller=A3Q3HYOYEBT7VL&asin=B07JQ QB9NN&ref_=dp_merchant_link |
| 154 | https://www.amazon.com/sp?ie=UTF8&seller=A1AJ8MNGCCGCUS&asin=B0C3 7JK3TQ&ref_=dp_merchant_link |
| 155 | https://www.amazon.com/sp?ie=UTF8&seller=A1GP2W71HFABI5&asin=B0C1K |

| | P8QQF&ref_=dp_merchant_link |
|---|---|
| 156 | https://www.amazon.com/sp?ie=UTF8&seller=A3NFTDEBJZ06XZ&asin=B09P8 J2JCD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 157 | https://www.amazon.com/sp?ie=UTF8&seller=AXZGLFKLAOFPH&isAmazonFul filled=0&asin=B0BXWXD76N&ref_=olp_merch_name_1 |
| 158 | https://www.amazon.com/sp?ie=UTF8&seller=A1A0ERT14K8S7A&asin=B0BRJ3 CDQS&ref_=dp_merchant_link |
| 159 | https://www.amazon.com/sp?ie=UTF8&seller=A1HPQ2KIC9UZ37&asin=B098TC SM22&ref_=dp_merchant_link |
| 160 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A16KCU1BP9JHD8&asin=B073V P5X21&ref_=dp_merchant_link |
| 161 | https://www.amazon.com/sp?ie=UTF8&seller=A108NGN55X0K0R&asin=B0BM8 2WMPK&ref_=dp_merchant_link |
| 162 | https://www.amazon.co.uk/sp?ie=UTF8&seller=AHU3U2OX0J1KU&asin=B0B8R QSSZR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 163 | https://www.amazon.com/sp?ie=UTF8&seller=A1EBLWTJF8DOHG&asin=B0BZ ZPW79J&ref_=dp_merchant_link |
| 164 | https://www.amazon.com/sp?ie=UTF8&seller=A2EE296WJNI4VM&asin=B0BY8 DD2X3&ref_=dp_merchant_link |
| 165 | https://www.amazon.com/sp?ie=UTF8&seller=A1PPH0B58ZFB4S&asin=B0BZ7Z KNYH&ref_=dp_merchant_link |
| 166 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A1FNGI26N3HD3R&asin=B0C288 1HJC&ref_=dp_merchant_link |
| 167 | https://www.amazon.com/sp?ie=UTF8&seller=AWEYL1GNLFBL3&asin=B0BJ22 28JB&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 168 | https://www.amazon.com/sp?ie=UTF8&seller=A313LJF7BZSV35&asin=B0C2V5 STW4&ref_=dp_merchant_link |
| 169 | https://www.amazon.com/sp?ie=UTF8&seller=A3V2C36YDZRWN6&asin=B09T DK9RF1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 170 | https://www.amazon.com/sp?ie=UTF8&seller=A84JUJPOT7DVI&asin=B09W2Q H84F&ref_=dp_merchant_link |
| 171 | https://www.amazon.com/sp?ie=UTF8&seller=A3SG2J47MIG1CU&asin=B0C2YS J6NS&ref_=dp_merchant_link |
| 172 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A179QSAPCMMLDC&asin=B0B L3NMT71&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 173 | https://www.amazon.com/sp?ie=UTF8&seller=AECVTAB7YCUU3&asin=B08PJ WC753&ref_=dp_merchant_link |
| 174 | https://www.amazon.com/sp?ie=UTF8&seller=A1DJDQ70QDLFL3&asin=B0BVG FSF7X&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 175 | https://www.amazon.com/sp?ie=UTF8&seller=A2F5R6OT8N14F9&isAmazonFulfi lled=0&asin=B0BV9NP7XH&ref_=olp_merch_name_1 |
| 176 | https://www.amazon.com/sp?ie=UTF8&seller=A2DA6Y1J0AZDYC&asin=B0BZ7 55DP9&ref_=dp_merchant_link |
| 177 | https://www.amazon.com/sp?ie=UTF8&seller=A1LX0A3GQF2N6G&asin=B0BCZ HP532&ref_=dp_merchant_link |
| 178 | https://www.amazon.com/sp?ie=UTF8&seller=AMYR4RGL9IGP8&asin=B0BQRS |

| | |
|---|---|
| | CYT3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 179 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A3U9WZH4E5XA94&asin=B0BH WTFXQC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 180 | https://www.amazon.com/sp?ie=UTF8&seller=A60U7PFYRCA88&asin=B0BX9G MRFR&ref_=dp_merchant_link |
| 181 | https://www.amazon.com/sp?ie=UTF8&seller=A1TJJPW7HWJ9Q5&asin=B09ZQ RC1YM&ref_=dp_merchant_link |
| 182 | https://www.amazon.com/sp?ie=UTF8&seller=A3VY2EWGPEJPUW&asin=B0BZ SRNWK6&ref_=dp_merchant_link |
| 183 | https://www.amazon.com/sp?ie=UTF8&seller=A3G7YNVURCXHVM&asin=B0B ZJ4B62L&ref_=dp_merchant_link |
| 184 | https://www.amazon.com/sp?ie=UTF8&seller=A34ZTUISPJEE2C&asin=B0BC4D V2CZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 185 | https://www.amazon.com/sp?ie=UTF8&seller=A2JH98UQBVTZJD&asin=B0C1V DR6YL&ref_=dp_merchant_link |
| 186 | https://www.amazon.com/sp?ie=UTF8&seller=A2YFLW5EXBT658&asin=B0C27 YSMB4&ref_=dp_merchant_link |
| 187 | https://www.amazon.com/sp?ie=UTF8&seller=A1J1X6TYAEXBKI&asin=B09G95 R3LV&ref_=dp_merchant_link |
| 188 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A2BMTOY6S9FQGA&asin=B09J SK699V&ref_=dp_merchant_link |
| 189 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A1BT9T545SBP7E&asin=B0BWR T9ZP5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 190 | https://www.amazon.co.uk/sp?ie=UTF8&seller=AS5S7FJPDE9GO&asin=B09C1S PBN2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 191 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A31GQFT58NDMJG&asin=B09M RNXWHM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 192 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A2R3BG4ELL4AQ6&asin=B0B5 ND8YH8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 193 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A2UA9S5QRUVDVA&asin=B0B WMZDGVQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 194 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A1SWQUYTA3YQ8O&asin=B08 Y8BVGLC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 195 | https://www.amazon.com/sp?ie=UTF8&seller=A9JSW58HXVBQT&asin=B0B5G M11DL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 196 | https://www.amazon.com/sp?ie=UTF8&seller=A178IE09W66ZVO&asin=B0BZV N6589&ref_=dp_merchant_link |
| 197 | https://www.amazon.com/sp?ie=UTF8&seller=AK71FY2RTBVDT&isAmazonFulf illed=0&asin=B0BWHT9L6L&ref_=olp_merch_name_1 |
| 198 | https://www.amazon.com/sp?ie=UTF8&seller=A371R18Q1VRR72&asin=B09BCY V2VJ&ref_=dp_merchant_link |
| 199 | https://www.amazon.com/sp?ie=UTF8&seller=A272B1KZVYXGGT&asin=B0BY 5JL311&ref_=dp_merchant_link |
| 200 | https://www.amazon.com/sp?ie=UTF8&seller=AKXLYT6FQUGVZ&asin=B0BZS XWDKX&ref_=dp_merchant_link |
| 201 | https://www.amazon.com/sp?ie=UTF8&seller=AA0Q63G4IVPE3&asin=B0BZ3D |

| | |
|---|---|
| | NBVL&ref_=dp_merchant_link |
| 202 | https://www.amazon.com/sp?ie=UTF8&seller=AL8MKMHL674ZA&isAmazonFulfilled=0&asin=B0BR4D1PW9&ref_=olp_merch_name_1 |
| 203 | https://www.amazon.com/sp?ie=UTF8&seller=A103AU66Y5IJPK&asin=B0BD8R67JX&ref_=dp_merchant_link |
| 204 | https://www.amazon.com/sp?ie=UTF8&seller=A2WZGH2MNUSD36&asin=B09Y55TP5Y&ref_=dp_merchant_link |
| 205 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A35HXN1P6BN0JJ&asin=B096XTK8VN&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 206 | https://www.amazon.com/sp?ie=UTF8&seller=A1AOIDDRBYMXZN&asin=B0C1JNJ2PL&ref_=dp_merchant_link |
| 207 | https://www.amazon.com/sp?ie=UTF8&seller=AN3ED8R84ERBN&asin=B0BNHQP8M4&ref_=dp_merchant_link |
| 208 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A376JH93SXQV6K&asin=B079KRV5W7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 209 | https://www.amazon.com/sp?ie=UTF8&seller=A3AE66ZX6RWJ11&isAmazonFulfilled=0&asin=B0C13ZM28G&ref_=olp_merch_name_1 |
| 210 | https://www.amazon.com/sp?ie=UTF8&seller=A389ZGK23JJ8YH&asin=B0C1YKLYD5&ref_=dp_merchant_link |
| 211 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A3KGLJZHLXFNAT&asin=B0B6QM376V&ref_=dp_merchant_link |
| 212 | https://www.amazon.com/sp?ie=UTF8&seller=ASEJCZY4KCN9U&asin=B0BYYKWQV4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 213 | https://www.amazon.co.uk/sp?ie=UTF8&seller=ABZ0WP90VJKG7&asin=B0BP6KRP2T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 214 | https://www.amazon.com/sp?ie=UTF8&seller=A15R721II24ZN5&asin=B0C2KNMQY8&ref_=dp_merchant_link |
| 215 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A11IJSKGA5JFVK&asin=B09DYD7FD6&ref_=dp_merchant_link |
| 216 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A2XS1JOAQSVX2F&asin=B08PY7F4FW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 217 | https://www.amazon.com/sp?ie=UTF8&seller=A1FWW4Z18URIXW&asin=B07D8N5DM6&ref_=dp_merchant_link |
| 218 | https://www.amazon.com/sp?ie=UTF8&seller=A2COBTQDH37QT8&asin=B081Q4RYZD&ref_=dp_merchant_link |
| 219 | https://www.amazon.com/sp?ie=UTF8&seller=ASMY4JOTM0X4Q&isAmazonFulfilled=0&asin=B0BZ44Z5QJ&ref_=olp_merch_name_1 |
| 220 | https://www.amazon.com/sp?ie=UTF8&seller=A280WJ6THML0ZG&asin=B0C2L7QHZ7&ref_=dp_merchant_link |
| 221 | https://www.amazon.com/sp?ie=UTF8&seller=A2E1HLPTP60UHS&asin=B0BZKW2T28&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 222 | https://www.amazon.com/sp?ie=UTF8&seller=A7QGPX11DEPP6&asin=B09QSYYP4J&ref_=dp_merchant_link |
| 223 | https://www.amazon.com/sp?ie=UTF8&seller=A3ECZBHLWQ4Y4&asin=B07V5LB17W&ref_=dp_merchant_link |
| 224 | https://www.amazon.com/sp?ie=UTF8&seller=ACJS098KVGSQZ&asin=B0BZYY |

| | 3QRK&ref_=dp_merchant_link |
|---|---|
| 225 | https://www.amazon.com/sp?ie=UTF8&seller=A3CWDSN8KHRNLZ&asin=B09HRGHKRW&ref_=dp_merchant_link |
| 226 | https://www.amazon.com/sp?ie=UTF8&seller=AOGLC8NY588SK&asin=B0C2KJLT1K&ref_=dp_merchant_link |
| 227 | https://www.amazon.com/sp?ie=UTF8&seller=A3QMUQM0IPC688&asin=B0B7LNT4PX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 228 | https://www.amazon.com/sp?ie=UTF8&seller=A3R6RJCIO3RMIF&asin=B0C1TS2TWW&ref_=dp_merchant_link |
| 229 | https://www.amazon.com/sp?ie=UTF8&seller=AIVSE0VG2L1R0&asin=B09FXKPSW3&ref_=dp_merchant_link |
| 230 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZPVFELY87ZV8&asin=B0C23ZFHT8&ref_=dp_merchant_link |
| 231 | https://www.amazon.com/sp?ie=UTF8&seller=A2XA8SYYE76ISX&asin=B09VK41XCM&ref_=dp_merchant_link |
| 232 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A41YJH30QGXFB&asin=B09PLLW75R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 233 | https://www.amazon.co.uk/sp?ie=UTF8&seller=AMZ41VSLSTQ3O&asin=B0BFRSQ6H5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 234 | https://www.amazon.com/sp?ie=UTF8&seller=A102OF9F9S428U&asin=B08MPP85GG&ref_=dp_merchant_link |
| 235 | https://www.amazon.com/sp?ie=UTF8&seller=A3VT9Z3Z4AVHUE&asin=B0BDFY2LBV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 236 | https://www.amazon.com/sp?ie=UTF8&seller=APAESG4MK53ZD&asin=B0C37TXPSK&ref_=dp_merchant_link |
| 237 | https://www.amazon.com/sp?ie=UTF8&seller=AMDTOHJDNDF7V&asin=B09JSKRK73&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 238 | https://www.amazon.com/sp?ie=UTF8&seller=AIDX0B1DECQXT&asin=B0C1B11PF8&ref_=dp_merchant_link |
| 239 | https://www.amazon.com/sp?ie=UTF8&seller=A33RTLBWY1LVTY&asin=B0BWKB5ZF2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 240 | https://www.amazon.com/sp?ie=UTF8&seller=AEFOBJVWFDT0Y&asin=B0C282LW44&ref_=dp_merchant_link |
| 241 | https://www.amazon.com/sp?ie=UTF8&seller=AONCO9U5LP6L7&asin=B0871HCTHW&ref_=dp_merchant_link |
| 242 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A1NY1SOF6U7DSG&asin=B09BQ4YQRP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 243 | https://www.amazon.com/sp?ie=UTF8&seller=A1MKJUY29PNULY&asin=B0BYD7HTG4&ref_=dp_merchant_link |
| 244 | https://www.amazon.com/sp?ie=UTF8&seller=A1YBOJZDGM25TM&asin=B0BZRT5K9C&ref_=dp_merchant_link |
| 245 | https://www.amazon.com/sp?ie=UTF8&seller=A71GQF2MWFOE8&asin=B01N8OT259&ref_=dp_merchant_link |
| 246 | https://www.amazon.com/sp?ie=UTF8&seller=A1D4X4V0KQ77Y4&asin=B0C1NSK4VJ&ref_=dp_merchant_link |
| 247 | https://www.amazon.com/sp?ie=UTF8&seller=A10T1X8D9FO57D&asin=B0C1R9 |

|     | SFJ4&ref_=dp_merchant_link |
| --- | --- |
| 248 | https://www.amazon.com/sp?ie=UTF8&seller=A3RYCNOHD1F6JM&asin=B0BX T2JSG3&ref_=dp_merchant_link |
| 249 | https://www.amazon.com/sp?ie=UTF8&seller=A1SA5P4T9L5HPC&asin=B0C16S 2PKD&ref_=dp_merchant_link |
| 250 | https://www.amazon.com/sp?ie=UTF8&seller=A1R5Z346VOPS89&asin=B0BYC8 778V&ref_=dp_merchant_link |